# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| WILLIAM A. ZELLMAR, | § |
| Plaintiff, | § § § |
| v. | §  Case No. 6:17-cv-386-JDK-JDL |
| WARDEN, GURNEY UNIT, et al., | § § § |
| Defendants. | § |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. Further, the statute of limitations for Plaintiff's pending claims is hereby **SUSPENDED** for ninety days following entry of final judgment. All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **2nd** day of **March, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE